# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| | ) | |
| **v.** | ) | **(UNDER SEAL)** |
| | ) | |
| **ROBERT M. CROMWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT MOTION FOR AN
## ORDER TO SEAL THE INDICTMENT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Honorable Court, pursuant to Fed. R. Cr. P. 6(e)(4), for entry of an Order sealing the Indictment returned in this matter on this date, March 15, 2006, as well as sealing this Motion and this Court's Order sealing these matters, and in support thereof states as follows:

An indictment may be sealed pursuant to Rule 6(e)(4) for any legitimate prosecutorial reason, including, as recognized by the Rule itself, to take the defendant into custody and bring him before the court. See United States v. Michael, 180 F.2d 55, 57 (3d Cir. 1949), cert. denied, 339 U.S. 978 (1950); see also United States v. Sharpe, 995 F.2d 49 (5th Cir. 1993); United States v. Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir.), cert. denied, 474 U.S. 825 (1985).

As of this date, the defendant has not been arrested for the charges included in this Indictment. We respectfully submit that the desire to apprehend the defendant constitutes a legitimate prosecutorial reason, and thus an appropriate basis, for an Order sealing the Indictment. We further request that the sealing Order permit disclosure of the Indictment to any law enforcement officials in this country and elsewhere, if necessary, to the extent that such disclosure is in furtherance of efforts to capture the defendant.

If, at any time, a legitimate prosecutorial purpose is no longer served by keeping the Indictment under seal, the government intends to file a motion to unseal the Indictment.

WHEREFORE, the United States of America respectfully requests that this Honorable Court issue an Order sealing the Indictment returned in this matter on this date, March 16, 2006, as well as sealing this Motion and its proposed Order sealing these matters until further order of this Court.

    Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: _____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 Fourth Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-7273