### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO.** |
| ) | |
| **v.** ) | **(UNDER SEAL)** |
| ) | |
| **ROBERT M. CROMWELL,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER TO SEAL

Having considered the Government's Motion for an Order to Seal the Indictment returned in the above-captioned matter on March 15, 2006, and

having found that Fed. R. Cr. P. 6(e)(4) permits the sealing of an indictment for any legitimate prosecutorial reason, and

having found that sealing the Indictment in the above-captioned matter will further the legitimate prosecutorial interest in locating the defendant and taking him into custody,

the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that the Indictment in the above-captioned matter be sealed by the Clerk of the Court until further order of this Court, except that the United States Government may disclose the existence and/or contents of the Indictment in the above-captioned matter to law enforcement officials in this country and elsewhere as may become necessary, to the extent that such disclosure is in furtherance of efforts to obtain custody of the defendant; and it is

HEREBY FURTHER ORDERED that the Government's Motion for an Order to Seal the Indictment and this Order be sealed until further order of this Court; and it is

HEREBY FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment upon request.

Date:_____        _____
                                  UNITED STATES MAGISTRATE JUDGE