UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ROBERT M. CROMWELL,** | : | VIOLATIONS: 18 U.S.C. §2252(a)(1), (b)(1) |
| **Defendant.** | : | and §2256 |
| | : | (Transporting or Shipping Material Involving |
| | : | Sexual Exploitation of Minors); |
| | : | 18 U.S.C. §2252(a)(4)(B), (b)(2) and §2256 |
| | : | (Possessing Material Constituting or |
| | : | Containing Child Pornography) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 8, 2005, within the District of Columbia and elsewhere, the defendant, **ROBERT M. CROMWELL**, knowingly transported and shipped in interstate and foreign commerce by any means, including by computer and mails, a visual depiction, that is, a video file titled "meg_mindy r@ygold lolis pose.mpg," the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(**Transporting or Shipping Material Involving Sexual Exploitation of Minors**, in violation of Title 18, United States Code, Sections 2252(a)(1), (b)(1) and 2256)

## COUNT TWO

On or about February 8, 2005, within the District of Columbia and elsewhere, the defendant, **ROBERT M. CROMWELL**, knowingly transported and shipped in interstate and foreign commerce by any means, including by computer and mails, a visual depiction, that is, a video file titled "(HUSSY ~ 1" the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(**Transporting or Shipping Material Involving Sexual Exploitation of Minors**, in violation of Title 18, United States Code, Sections 2252(a)(1), (b)(1) and 2256)

## COUNT THREE

On or about February 8, 2005, within the District of Columbia, the defendant, **ROBERT M. CROMWELL**, knowingly possessed one and more films and other matters which contained any visual depiction that had been mailed, and shipped and transported, in interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(**Possessing Material Constituting or Containing Child Pornography,** in violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2) and 2256)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia