UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-69 (RMC) |
| ) | |
| ROBERT M. CROMWELL, ) | (Under Seal) |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Government's Oral Motion for an Expedited Order Unsealing the Indictment, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Indictment in this case shall be unsealed.

**SO ORDERED**.


Date: March 17, 2006                                   /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge