UNITED STATES DISTRICT COURT
DISTRICT OF THE COLUMBIA

UNITED STATES OF AMERICA             :       CR: 06-069(RMC)

v.

ROBERT M. CROMWELL,

Defendant.



## MOTION FOR EXPEDITED ORDER UNSEALING INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to enter an immediate order unsealing the indictment in this case. In support of its motion, the government states the following:

1. The defendant was indicted on March 15, 2006 on child pornography charges. The indictment was sealed at the request of the government because the defendant had not been arrested at the time the indictment issued. Ordinarily, the indictment would be unsealed when the defendant was arraigned at his initial appearance before a judicial officer.

2. The defendant was arrested today, March 17, 2006 and brought promptly to the District of Columbia for an initial appearance. He apparently was not processed in time for the Magistrate Court cut-off, however, and did not appear in court.

3. In accordance with usual procedures in such cases, the defendant will appear in the District of Columbia Superior Court tomorrow, March 18, 2006, for his initial appearance. If the indictment in this case is not unsealed at the time of his appearance, the government will be required to re-charge him by means of complaint for purposes of his appearance in the Superior Court. In order to avoid the confusion and multiple charging documents, the government is

requesting that the indictment in this case be unsealed immediately in order that it may be available for proceedings in the District of Columbia Superior Court in this case.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that its motion be granted.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN
                                      United States Attorney

BY: _____
        PATRICIA STEWART
        Assistant United States Attorney
        D.C. Bar No. 358910
        555 4th Street, N.W. Room 4272
        Washington, D.C. 20530
        (202)514-7064
        Patricia.Stewart2@usdoj.gov