2006 FDC 005241    File Date: 03/18/2006

06cr69(RMC)

UNITED STATES Vs. ROBERT M CROMWELL

PDID #: 583451

Lock up number: 23

**FILED**

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. 06-069

Vs.

Robert Cromwell (Defendant)

TOT

P.D.I.D. No. 583 451

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: March 20, 2006.

**COMMITMENT/RELEASE**

[X] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: Archie Nichols

Address: _____
Telephone No. 301 346 4013

DEFENDANT'S NAME: _____

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 3-18-06

JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

