AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Columbia_____

UNITED STATES OF AMERICA
V.
Robert M. Cromwell

WAIVER OF INDICTMENT

CASE NUMBER: 06-69

**FILED**

JUL 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Robert M. Cromwell_, the above named defendant, who is accused of

Transporting or shipping material involving sexual exploitation of minors and possessing material constituting or containing child pornography

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Thursday, July 13, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Rosemary M Colly_
        Judicial Officer

13 July 2005