IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | Criminal No: 06-069 (RMC) |
| v. : | |
| ROBERT M. CROMWELL, : | **FILED** |
| Defendant. : | JUL 1 3 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## FACTUAL PROFFER

On February 8, 2005, a Special Agent of the Federal Bureau of Investigation's Buffalo Field Office entered an America Online (AOL) chat room while working in an undercover capacity to investigate individuals involved in the transmission and/or receipt of child pornography. The undercover agent entered a member-created chat room titled "yng234567891011l2", which the agent believed would be a chat room which discussed sex with children between the ages of 2 and 12 years old.

Between 9:52 a.m. and 10:30 a.m., the agent posted eleven messages stating "have videos to trade here IM or s2r". At approximately 10:23 a.m., the undercover agent received an e-mail with an attached video file titled "meg_mindy r@ygold lolis pose.mpg" from the defendant, who at the time was using the AOL screen name RBRTCR1959 from a computer located at his residence at 601 Edgewood Street, N.E., #305, Washington, D.C. The video file, approximately 55 seconds in length, depicts two prepubescent females naked and displaying their genitalia after exiting a hot tub. The undercover agent then sent the defendant an e-mail attaching a file that purposefully was corrupted to not allow it to be opened by the receiver.

2

The undercover agent initiated an instant message (IM) communication with the defendant at 10:26 a.m. to discuss trading images of children engaging in sexual activity. The defendant stated that the files he had were of young girls between 10 to 14 years old. He further stated that he had lost his old files and was starting his collection over again. The IM communication ended at 10:29 a.m. with the defendant stating that he was "sending 10 in a min..will take about 14 mins" and the undercover agent responding with "ok".

At approximately 10:55 a.m., the undercover agent received an e-mail from the defendant with an attached video file titled "(HUSSY~1". The video, approximately 1:16 minutes in length, depicts a prepubescent girl on a sofa following the instructions of an adult male (not on camera) to display and touch her genitalia. The undercover agent then sent the defendant an e-mail attaching another purposefully corrupted file.

Using the AOL screen name RBRTCR1959, the defendant subsequently engaged in three additional online conversations with the undercover agent in the same AOL chat room. During the third conversation on May 11, 2005, the defendant was using a computer located at 22811 Newtowne Neck Road, Leonardtown, Maryland, where he was living at the time. The defendant stated that he had been away for a few months and upon his return, found that he had lost approximately 30 videos and a few thousand pictures. He also said that he was in the process of rebuilding his collection and that he currently had images of children from the age of four and up. The defendant subsequently sent the undercover agent two e-mails, each attaching three images depicting prepubescent females with their genitalia exposed. The undercover agent then sent the defendant an e-mail attaching a purposefully corrupted file. The defendant subsequently sent another e-mail with three attached images of prepubescent females with little to no clothing, two of which depicted exposed genitalia.

3

On September 29, 2005, a search warrant was executed at the defendant's residence in Leonardtown, Maryland, during which his computer was seized, and the defendant was interviewed. The defendant admitted trading child pornography online and saving child pornography images on his AOL account. The defendant further admitted using AOL and his AOL screen name RBRTCR1959 to facilitate his online child pornography trading from his residences in D.C. and Maryland.

A forensic examination of the defendant's computer showed that the defendant possessed, in his computer hard drive, well over 600 images and movie files of child pornography. The children portrayed in the pornographic images ranged in age from infants to teenagers. Many of those images were categorized in separate folders within the "My Pictures" folder. Some of these subfolders were titled "YESDADDY", "5+fk", "9yogirlwithcum", "yngn", "yngnon", "yngsex", and "pictures downloaded from AOL".

A search warrant also was executed for the defendant's AOL account, and a forensic examination of that account showed that the defendant possessed additional child pornographic images and movies in the "sent" folder and in the "unread" folder.

The child pornographic images and movies recovered from the defendant's computer and AOL account were reviewed by analysts at the National Center For Missing And Exploited Children (NCMEC) to determine if any of the images depict child victims already identified by law enforcement. The NCMEC analysis determined that 91 images and one movie file from 41

4

known series were of identified child victims.  The two movies the defendant sent to the undercover agent on February 8, 2005, both contained identified child victims.

*Angela Schmidt*
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

5

## Defendant's Acceptance

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_6-20-06_
Date

_Robert M. Cromwell_
Robert M. Cromwell

## Defense Counsel's Acknowledgment

I am Robert M. Cromwell's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_6-20-06_
Date

_W. Q. Spencer_
W. Gregory Spencer, Esq.