IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

      V.                      :   CRIMINAL NUMBER 06-069 (RMC)

ROBERT M. CROMWELL            :

_____

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Robert M. Cromwell, by his attorney, W. Gregory Spencer, Chief Assistant Federal Public Defender, respectfully requests that this Court continue the time for his sentencing hearing and states in support thereof:

1. On July 13, 2006, Robert Cromwell plead guilty to Count Two of the above captioned indictment which charged Transporting or Shipping Material Involving Sexual Exploitation of Minors, in violation of 18 U.S.C. §§ 2252(a)(1) and (b)(1) and 2256. On that date, Mr. Cromwell also plead guilty to Count One of an accompanying information from the United States District Court for the District of Maryland charging Possessing Material Constituting or Containing Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B).

2. Presently, Mr. Cromwell is scheduled to be sentenced by this Court on October 17, 2006, at 2:00 p.m.

3. On October 3, 2006, counsel is scheduled to begin trial before Chief Judge Thomas F. Hogan, in the case of *United States v. Juvenal Ovidio Ricardo Palmera Pineda, a/k/a Simon Trinidad, Criminal Number 04-232*. The aforementioned case is a complicated and

lengthy trial which is scheduled to last from five to seven weeks. Chief Judge Hogan as indicated that, due to the length of the *Trinidad* trial, he does not intend to hold court on Fridays in the *Trinidad* case.

4.      Therefore, counsel respectfully requests that Mr. Cromwell's sentencing hearing, presently scheduled for October 17, 2006, be continued until October 20, 2006, or to any other Friday thereafter which is convenient with the Court's and both counsels' schedules.

5.      Angela Schmidt, Esquire, the assigned Assistant United States Attorney, has informed counsel that she does not oppose this request for a continuance of Mr. Cromwell's sentencing hearing. Ms. Schmidt has also informed counsel that she is available any time on Friday, October 20, 2006, other than from noon to approximately 2:00 p.m.

WHEREFORE, it is respectfully requested that the Court continue Mr. Cromwell's sentencing hearing until October 20, 2006, or any other Friday thereafter which is convenient with the Court's and both counsels' schedules.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"
_____
W. GREGORY SPENCER
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500