IN THE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

    V.                                              :   CRIMINAL NUMBER 06-069 (RMC)

ROBERT M. CROMWELL           :

_____

**O R D E R**

    **AND NOW**, this _____ day of October, 2006, it is hereby

ORDERED that the sentencing hearing in the above captioned case, presently scheduled for

October 20, 2006, at 2:00 p.m., is continued and rescheduled for _____ ,

2006,      at      m.

 

                                                                            ROSEMARY M. COLLYER
                                                                            United States District Court Judge

W. Gregory Spencer, Esq.
Chief Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Angela Schmidt, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

Linsey Epson
United States Probation Officer