25470 POINT LOOKOUT ROAD
P.O. BOX 1707
LEONARDTOWN, MD 20650
(301) 475-9201 / 475-3617 Fax

# J W M & COMPANY, INCORPORATED

August 17, 2006

To Whom It May Concern:

    Robert Cromwell has been employed by Leonardtown True Value Hardware since July 11, 2005. Robert is a very hard working, dedicated employee. He was honest, worked with dedication and is goal oriented. Robert was a department manager and a trainer for new employees. He was a valuable asset to our company.

Sincerely,

*[signature]*

Albert J. Rudman – Vice President

*MATTINGLY'S FINER FOODS*