```
Notice of Appeal Criminal                                    CO-290
                                                             Rev. 3/88
```

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 06-CR-69 (RMC) |
| ) | |
| ROBERT M. CROMWELL ) | |
| ) | |

**NOTICE OF APPEAL**

| | |
|---|---|
| Name and address of appellant | United States of America |
| Name and address of appellant's attorney | Roy W. McLeese, III<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 8104<br>Washington, D.C. 20530 |

Offense: 18 USC 2252(a)(1), (b)(1) & 2256.

Concise statement of judgment or order, giving date, and any sentence

> Judgment of conviction and sentence of 84 months' imprisonment, plus 10 years supervised release, to be served concurrently with sentence imposed in No. 06-CR-206 (RMC)

Name and institution where now confined, if not on bail: Unknown

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____        _____
DATE                                    APPELLANT


                                        _____
CJA, NO FEE _____               ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No