HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Robert M. Cromwell                    Docket No.: 06-069-01

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Robert M. Cromwell  having been sentenced, on November 3, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Elkton  , in   Elkton, OH   by 2 p.m., on   May 3, 2007  .

4/10/07
Date

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine or both.

/s/ Vera Taylor                           /s/ Robert M. Cromwell
ATTORNEY/U.S. PROBATION OFFICER           DEFENDANT

Revised 6-2004