*Collyer, J.*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-3188**                           **September Term, 2006**

06cr00069-01 *file*
06cr00206-01

United States of America,
    Appellant

v.

Robert M. Cromwell,
    Appellee

Filed On:

FILED
JUN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 1 8 2007
CLERK

Consolidated with 06-3189

## ORDER

Upon consideration of appellant's motion to dismiss appeals, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                  BY:                        
                                            Nancy G. Dunn
                                            Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: *Sabrina Crisp*